## ASSIGNMENT OF RIGHTS

I(we), WILLIAM A. ADAMO, hereby assign to the firm of Genova & Malin any and all funds I(we) are entitled to receive from the Chapter 13 Trustee should our case dismiss or convert to a case under any other Chapter of the United States Bankruptcy Code in accordance with 11 U.S.C. §§1326(b) and 503(b).

Section 1326(a)(2) provides:

**§1326.  Payments**

(a) (1) Unless the court orders otherwise, the debtor shall commence making payments not later than 30 days after the date of the filing of the plan or the order for relief, whichever is earlier, in the amount -

(A) proposed by the plan to the trustee;

(2)   A payment made under paragraph (1)(A) shall be retained by the trustee until confirmation or denial of confirmation.... If a plan is not confirmed, the trustee shall return any such payments not previously paid and not yet due and owing to creditors pursuant to paragraph (3) to the debtor, after deducting any unpaid claim allowed under Section 503(b).

(3)   Subject to section 363, the court may, upon notice and a hearing, modify, increase, or reduce the payments required under the subsection pending confirmation of a plan.

**§503.  Allowance of administrative expenses**

(b)   After notice and a hearing, there shall be allowed administrative expenses other than claims allowed under section 502(f) of this title, including –

(2) compensation and reimbursement awarded under section 330(a) of this title.

Genova & Malin has explained to me this statutory scheme and I fully understand same. I have been given a full explanation of these statutory sections and a full opportunity to ask questions with regard to same.

I(we) understand, that should our case convert or dismiss, the Chapter 13 Trustee will send us a refund equal to the amount paid less any compensation due and owing to Genova & Malin. I(we) fully understand that the amounts withheld by the Chapter 13 Trustee will not be paid to the firm of Genova & Malin until Genova & Malin files a Fee Application, with which we will be

served, and the United States Bankruptcy Court conducts a hearing on the fee application at which we may appear and to which we may respond, and awards the compensation requested therein.

**Dated:** February 27, 2015

/s/ William A. Adamo
WILLIAM A. ADAMO