# JEFFREY L. SAPIR, ESQ.
# CHAPTER 13 STANDING TRUSTEE

JEFFREY L. SAPIR
JODY L. KAVA*
JKava@sapirch13tr.com
*ADMITTED IN NY & CT

MICHELLE L. HORTON
CASE MANAGER
MHorton@sapirch13tr.com

HEATHER MCCARTY
POUGHKEEPSIE CASE MANAGER
HMcCarthy@sapirch13tr.com

399 KNOLLWOOD ROAD
SUITE 102
WHITE PLAINS, NY 10603
914-328-6333
FAX 914-328-7299
Info@sapirch13tr.com

CECILIA MCLAREN
CALENDAR CLERK
CMcLaren@sapirch13tr.com

Re:
Case No.
My File No.

To: Debtor(s) and Debtor(s) Counsel:

**PLEASE READ ENTIRE LETTER FOR IMPORTANT CASE INFORMATION**

**JEFFREY L. SAPIR** has been appointed as the Chapter 13 Trustee for the above-referenced case. If you are represented by counsel, please direct all questions to him/her.

**341(a) MEETING OF CREDITORS:** Debtor(s) and Counsel are required to attend the Section 341(a) Meeting of Creditors and be examined under oath. Failure to appear at the Section 341(a) Meeting or any adjournment thereof, will lead to the dismissal of your case without further notice.

**!!DEBTOR(S) MUST PRESENT PICTURE IDENTIFICATION AND SOCIAL SECURITY CARD AT THE 341(a) MEETING!!**

Prior to the initial 341(a) meeting of creditors, the Debtor(s) must provide the following documents to the Trustee's office. Check with your Attorney to see if already provided before sending to this office

**Counsel:** Please register for our Documents Portal to upload all necessary documents at: https://www.cmc13.net/trusteedocs/. Registration instructions/code may be obtained by e-mailing our Calendar Clerk: CMcLaren@sapirch13tr.com. Documents **MUST** be uploaded **10 business days** prior to any meeting or hearing. Failure to provide timely may result in a delay in the case.

1. Copies of Federal and State Income Tax Returns for the past two (2) years.
2. Copies of Payroll Stubs for the past 60 days. If self-employed, copies of operating reports.
3. Copies of an Appraisal of any Real Estate, Co-Operative apartment, Condominium or Mobile Home (if none, provide affidavit) Waived if 100% plan.
4. Copies of an Appraisal of any Vehicles (if none, provide affidavit), Waived if 100% plan.

**PLAN PAYMENTS:** Pursuant to Section 11 U.S.C. Section 1326 debtors are required to begin making proposed plan payments within thirty (30) days from the filing of the petition. Payments must be made by Money Order or Tellers Check payable to **"Jeffrey L. Sapir, Chapter 13 Trustee"**. **Personal checks and cash will NOT be accepted.** *Please make sure to print your Case Number, File Number and Last Name CLEARLY on each payment.*

Failure to remain current with plan payments will lead to a dismissal of the case.

**WEBSITE ACCESS:** Debtor(s) and Counsel may access general office information by visiting http://www.access13.com/sites/js/sapir.htm

Specific Case Information is available via a Link to the National Data Center (www.ndc.org) Registration is required and is free to Debtor(s) and Counsel. Please have a copy of the Bankruptcy Petition in hand when registering and refer to the Website for Instructions. Contact the National Data Center if you have any difficulty registering.

**COUNSEL:** Debtor's Counsel is required to keep accurate time records, which may be requested for review by the Trustee at any time prior to Confirmation. All Attorney Fees charged will be examined.

    Very truly yours,
    /s/ Jeffrey L. Sapir
    JEFFREY L. SAPIR
    Chapter 13 Standing Trustee